UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-08389-SPG-JC | Date | March 13, 2025 |
| Title | Pinyong Wu v. David M. Radel | | |

| Present: The Honorable | SHERILYN PEACE GARNETT UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DIMISSED**

　　The Court is in receipt of the Notice of Mootness of Action, filed by Defendant David M. Radel (ECF No. 17 ("Notice")). This Notice asserts that "this action is moot because Plaintiff has received the relief sought in the Complaint." (*Id.* at 2). In particular, United States Citizenship and Immigration Services ("USCIS") has adjudicated Plaintiff's asylum application. (*Id.*). The Notice also asserts that, after USCIS adjudicated Plaintiff's asylum application, Defense Counsel Christopher Buchanan communicated with Plaintiff via email on February 11, 2025, informing Plaintiff of USCIS's adjudication and inquiring whether Plaintiff would voluntarily dismiss the case. (ECF No. 17-1 (Buchanan Decl.) ¶ 7). The same day, Plaintiff replied via email, "Yes, Please dismiss this case." (*Id.* ¶ 8).

　　In light of the representations made in the Notice, the Court ORDERS Plaintiff to show cause, in writing, within 14 calendar days from the issuance of this Order, why this case should not be dismissed for mootness. This order may be satisfied by Plaintiff's filing of a Notice of Dismissal of this action. Plaintiff may find on the Court's website a form that may be used to dismiss this action (Form CV-009). Failure to respond within 14 calendar days from the issuance of this Order will be deemed as consent to the dismissal of this case.

　　**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | pg |